IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMY HEDTKE, TJ FABBY, MONICA NYENHUIS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WAXAHACHIE, WAXAHACHIE INDEPENDENT SCHOOL DISTRICT, MATT AUTHIER, DUSTY AUTREY, JUDD MCCUTCHEN, GARY FOX, JOE LANGLEY, CLAY SCHOOLFIELD, AND JAMES VILLARREAL IN THEIR INDIVIDUAL CAPACITIES, <br><br> Defendants. | Civil Action No: 18-1779 |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Amy Hedtke, TJ Fabby, and Monica Nyenhuis (collectively Plaintiffs) and Defendants City of Waxahachie, Waxahachie Independent School District, Matt Authier, Dusty Autrey, Judd McCutchen, Gary Fox, Joe Langley, Clay Schoolfield, and James Villarreal (collectively Defendants) file this Agreed Motion for Dismissal of Plaintiffs' claims against Defendants. Plaintiffs and Defendants have resolved their differences and, as such, Plaintiffs no longer wish to pursue their claims against Defendants. Accordingly, Plaintiffs seek a dismissal of the lawsuit against Defendants with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants request that the Court grant this Agreed Motion for Dismissal with Prejudice and enter an order dismissing Plaintiffs' claims against Defendants with prejudice to refiling the same.

Respectfully submitted,


By: /s/ Meredith Prykryl Walker
    Meredith Prykryl Walker
    State Bar No. 24056487
    Laura Rodriguez McLean
    State Bar No. 24007937

WALSH GALLEGOS TREVIÑO
RUSSO & KYLE P.C.
105 Decker Court, Suite 600
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com
lmclean@wabsa.com

ATTORNEYS FOR DEFENDANTS
WAXAHACHIE ISD, MATT AUTHIER,
DUSTY AUTREY, JUDD MCCUTCHEN,
GARY FOX, JOE LANGLEY, CLAY
SCHOOLFIELD, AND JAMES
VILLARREAL


By: /s/ D. Randall Montgomery
    D. Randall Montgomery
    State Bar No. 14289700
    Alyssa M. Barreneche
    State Bar No. 24040607

D. RANDALL MONTGOMERY &
ASSOCIATES, P.L.L.C.
12400 Coit Road, Suite 560
Dallas, Texas 75251
214.292.2600
469.568.9323 (facsimile)
abarreneche@drmlawyers.com
Rmontgomery@drmlawyers.com

ATTORNEYS FOR DEFENDANT CITY
OF WAXAHACHIE, TEXAS

        By:   /s/ Warren V. Norred
            Warren V. Norred
            State Bar No. 24045094

Norred Law, PLLC
515 East Border Street
Arlington, TX 76010
817.704.3984
817.524.6686 (facsimile)
wnorred@norredlaw.com

ATTORNEYS FOR PLAINTIFFS
AMY HEDTKE, TJ FABBY,
AND MONICA NYENHUIS

## CERTIFICATE OF SERVICE

On September 4, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

| | |
|---|---|
| Warren Norred | D. Randall Montgomery |
| Norred Law, PLLC | Alyssa M. Barreneche |
| 515 East Border Street | D. Randall Montgomery & Associates |
| Arlington, Texas  76010 | 12400 Coit Road, Suite 500 |
| | Dallas, Texas  75251 |

        /s/ Meredith Prykryl Walker
        Meredith Prykryl Walker