IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMY HEDTKE, TJ FABBY, MONICA NYENHUIS, | § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | |
| CITY OF WAXAHACHIE, WAXAHACHIE INDEPENDENT SCHOOL DISTRICT, MATT AUTHIER, DUSTY AUTREY, JUDD MCCUTCHEN, GARY FOX, JOE LANGLEY, CLAY SCHOOLFIELD, AND JAMES VILLARREAL IN THEIR INDIVIDUAL CAPACITIES, | | Civil Action No: 18-1779 |
| Defendants. | | |

## AGREED ORDER FOR DISMISSAL WITH PREJUDICE

On this day, came to be considered the Agreed Motion for Dismissal of Plaintiffs Amy Hedtke, TJ Fabby, and Monica Nyenhuis (collectively Plaintiffs) and Defendants City of Waxahachie, Waxahachie Independent School District, Matt Authier, Dusty Autrey, Judd McCutchen, Gary Fox, Joe Langley, Clay Schoolfield, and James Villarreal (collectively Defendants). The Court, having considered the Motion, finds that the Motion is well taken and should be GRANTED in all respects.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendants are dismissed with prejudice to refiling the same.

Signed this ____ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE