# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| AMY HEDTKE, TJ FABBY, and MONICA NYENHUIS, | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 3:18-cv-1779-M |
| CITY OF WAXAHACHIE, WAXAHACHIE INDEPENDENT SCHOOL DISTRICT, MATT AUTHIER, DUSTY AUTRY, JUDD MCCUTCHEN, GARY FOX, JOE LANGLEY, CLAY SCHOOLFIELD, and JAMES VILLERREAL, in their individual capacities, | § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice. (ECF No. 9). The Motion is **GRANTED**. All claims are **DISMISSED** with prejudice. Each party is to bear their own costs of court.

**SO ORDERED**.

September 7, 2018.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE